Department. April 12, 1907.) Action by Adolph Pavenstedt against the New York Life Insurance Company. No opinion. Motion granted. Question certified. Order filed.

PELIN, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. September, 1906.) Action by Robert A. Pelin, as administrator, etc., of Ernest D. Pelin, deceased, against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs, on authority of decision in same case on former appeal. 102 App. Div. 71, 92 N. Y. Supp. 468.

McLENNAN, P. J., dissents, for reasons stated in dissenting opinion on former appeal. 102 App. Div. 75, 92 N. Y. Supp. 471.

PEOPLE v. BLOCH. (Supreme Court, Appellate Division, First Department. April 26, 1907.) Proceeding by the people of the state of New York against Max Bloch. No opinion. Extension of time granted. Appellant to be ready for June term. Settle order on notice.

PEOPLE, Respondent, v. BOWEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. September, 1906.) Proceeding by the people of the state of New York against Charles B. Bowen. No opinion. Judgment and order affirmed, with costs.

PEOPLE, Respondent, v. COHEN, Appellant. (Supreme Court, Appellate Division, First Department. May 10, 1907.) Proceeding by the people of the state of New York against Joseph Cohen. H. M. Coldfogle, for appellant. A. A. Mayper, for respondent. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. DELANEY, Appellant. (Supreme Court, Appellate Division, Second Department. May 3, 1907.) Proceeding by the people of the state of New York against Edward Delaney. No opinion. Judgment of conviction affirmed.

PEOPLE v. FERONE. (Supreme Court, Appellate Division, First Department. April 26, 1907.) Proceeding by the people of the state of New York against Joseph Ferone. No opinion. Motion denied, on condition that appellant be ready for June term. Order filed.

PEOPLE, Respondent, v. GRILLO, Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Proceeding by the people of the state of New York against Joseph Grillo. No opinion. Judgment of conviction affirmed.

PEOPLE v. McNUTT. (Supreme Court, Appellate Division, First Department. April 26, 1907.) Proceeding by the people of the state of New York against William H. McNutt. No opinion. Motion denied, on condition that appellant be ready for June term. Order filed.

PEOPLE v. MONTAGUE. (Supreme Court, Appellate Division, First Department. April 26, 1907.) Proceeding by the people of the state of New York against Bell Montague. No opinion. Motion granted. Order filed.

PEOPLE v. REPUBLIC SAVINGS & LOAN ASS'N. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Proceeding by the people against the Republic Savings & Loan Association. From an order resettling an order, Edward G. Riggs and another, receivers of defendant, appeal. Affirmed. Albert T. Wilkinson, for appellants. Frank H. Mott, Deputy Atty. Gen., for respondents. Louis Frankel, for Corporation Liquidating Co.

JENKS, J. We should not disturb the order. If the receivers have heretofore accounted in other jurisdictions, the order would not preclude the receivers from reading decrees therein settling such accounts, which, if valid, would protect them herein and would halt any investigation in transactions validated by such decrees. Further, if the receivers are protected against ancillary or collateral proceedings by orders of validity final in their character, this order cannot be used to question or to attack such adjudications. These questions can all be presented to the referee and should be passed upon by him. The order is affirmed, without costs. All concur.

PEOPLE v. ROSENBERG. (Supreme Court, Appellate Division, First Department. April 26, 1907.) Proceeding by the people of the state of New York against Barnet Rosenberg. No opinion. Motion denied, on condition that appellant be ready for June term. Order filed.

PEOPLE v. ROTH. (Supreme Court, Appellate Division, First Department. April 12, 1907.) Proceeding by the people of the state of New York against Simon M. Roth. No opinion. Motion granted. Order filed.

PEOPLE v. WALSH. (Supreme Court, Appellate Division, First Department. April 26, 1907.) Proceeding by the people of the state of New York against Thomas G. Walsh. No opinion. Motion denied, on condition that appellant be ready for June term. Order filed.

PEOPLE, Respondent, v. WINN, Appellant. (Supreme Court, Appellate Division, Third Department. May 8, 1907.) Proceeding by the people of the state of New York against Henry Winn. No opinion. Judgment of conviction unanimously affirmed.

PEOPLE ex rel. BAHRET, Appellant, v. MARTIN et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 3, 1907.) Proceeding by the people of the state of New York, on the relation of Gotthilf Bahret, against Charles F. Martin and others

PER CURIAM. Order affirmed, with $10 costs and disbursements.

RICH, J., dissents.